United States District Court
Southern District of Texas
**ENTERED**
April 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEVE NANEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-23 |
| | § | |
| FLUOR CORPORATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT OF DISMISSAL

After considering the Parties' Joint Voluntary Dismissal pursuant to Federal Rule of Civil Procedure, Rule 41(a)(l)(A)(ii), it is hereby ORDERED that all claims of Plaintiff STEVE NANEZ are DISMISSED WITHOUT PREJUDICE, with each party to bear his or its costs of action.

SIGNED at Galveston, Texas, this 28th day of April, 2016.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge